| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) SEYMOUR, STEPHANIE K. | 2. Court or Organization U.S. COURT OF APPEALS | 3. Date of Report 5/2/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE--SENIOR | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address 4-562 U.S. COURTHOUSE 333 WEST FOURTH TULSA, OK 74103-3877 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Board Member | Oklahoma City University School of Law, Oklahoma City, OK |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/2/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | self-employed - lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Villanova Law School | 3/25/2011 - 3/27/2011 | Villanova, PA | Judge Moot Court Competition | Air fare, lodging, food, miscellaneous travel expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Oklahoma, Tulsa, OK | Mortgage on Rental Property, Tulsa OK (Part VII, Line 4) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Okla. Accts | E | Int./Div. | M | T | | | | | |
| 2. F&M Bank Accounts | A | Interest | L | T | | | | | |
| 3. Lot in Mt. Crested Butte, CO (purchased 8/2004 for $875,000) | | None | | | Sold | 03/01/11 | O | | Prospect Development Co. |
| 4. Rental Property, Tulsa, OK ($630,000) (X) | E | Rent | O | R | | | | | |
| 5. Brokerage #5 | | | | | | | | | |
| 6. -Cavanal Hill TX Fr MM -Slct (cash equivalent) | A | Int./Div. | K | T | | | | | |
| 7. -Celtic Bk UT CD | A | Interest | | | Closed | 01/13/11 | M | | |
| 8. -Community West Bk CA CD | D | Interest | M | T | | | | | |
| 9. -Farmers & Merchants Bk TN CD | A | Interest | | | Closed | 01/13/11 | M | | |
| 10. -Four Oaks B&t NC CD | C | Interest | M | T | | | | | |
| 11. -GE Capital Fin'l UT CD | D | Interest | M | T | | | | | |
| 12. -Tenn Commerce Bk TN CD | C | Interest | L | T | | | | | |
| 13. -The First Na ME CD | A | Interest | | | Closed | 01/13/11 | M | | |
| 14. -1st Rep Bk BofA CA CD | B | Interest | L | T | | | | | |
| 15. -1st Rep Bk BofA CA CD | B | Interest | L | T | | | | | |
| 16. -1st Sec. Business Bk CA CD | A | Interest | | | Closed | 01/13/11 | M | | |
| 17. IRA #3 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pershing Gov't (Cash Equivalent) | | None | | | Closed | 05/31/11 | J | | |
| 19. IRA #4 | | | | | | | | | |
| 20. -Pershing Gov't (Cash Equivalent) | A | Interest | | | Closed | 06/07/11 | N | | |
| 21. Brokerage #6 | | | | | | | | | |
| 22. -Federated Capital Reserves (Cash Equiv) | A | Interest | | | Closed | 06/07/11 | N | | |
| 23. -BOK Financial Corp. New (BOKF) (common) | A | Dividend | | | Merged (with line 33) | 06/07/11 | L | | |
| 24. Brokerage #7 | | | | | | | | | |
| 25. -Federated Capital Reserves (Cash Equiv) | | None | | | Closed | 06/15/11 | J | | |
| 26. -BOK Financial Corp. New (BOKF) (common) | B | Dividend | | | Merged (with line 37) | 06/15/11 | P1 | | |
| 27. IRA #5 | | | | | | | | | |
| 28. -UBS Bank USA | A | Interest | N | T | Open | 06/27/11 | N | | |
| 29. IRA #6 | | | | | | | | | |
| 30. -UBS Bank USA | A | Interest | M | T | Open | 06/07/11 | M | | |
| 31. -UBS Select Treasury Institutional Fund (MM) | A | Dividend | P1 | T | Buy | 11/10/11 | P1 | | |
| 32. Brokerage #8 | | | | | | | | | |
| 33. -BOK Financial Corp. New (BOKF) (common) | A | Dividend | L | T | | 06/07/11 | L | | |
| 34. -Lincoln Nat'l Choice Plus Assur L Share | | None | O | T | Buy | 12/20/11 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage #9 | | | | | | | | | |
| 36. -UBS Bank USA | A | Interest | P1 | T | Open | 06/15/11 | J | | |
| 37. -BOK Financial Corp. New (BOKF) (common) | D | Dividend | O | T | | 06/15/11 | P1 | | |
| 38. | | | | | Donated (part) | | | | |
| 39. | | | | | Donated (part) | | | | |
| 40. | | | | | Donated (part) | | | | |
| 41. | | | | | Sold (part) | 11/11/11 | O | | |
| 42. -Lincoln Nat'l Choice Plus Assurance L Share | | None | O | T | Buy | 12/20/11 | N | | |
| 43. Brokerage #10 | | | | | | | | | |
| 44. -RMA Money Mkt. Portfolio | A | Interest | M | T | Open | 06/18/11 | O | | |
| 45. -Blackrock Strategic Income A (BASIX) | B | Dividend | K | T | Buy | 01/20/11 | K | | |
| 46. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 47. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 48. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 49. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 50. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 51. | | | | | Buy (add'l) | 07/07/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/01/11 | J | | |
| 53. -Consumers Staples Sector SPDR Trust SHS (EXP) | A | Dividend | K | T | Buy | 07/07/11 | L | | |
| 54. | | | | | Sold | 08/15/11 | K | | |
| 55. | | | | | Buy | 12/01/11 | K | | |
| 56. -Double Line Total REturn Fund N (DLTNX) | B | Dividend | K | T | Buy | 07/07/11 | K | | |
| 57. | | | | | Buy (add'l) | 09/02/11 | K | | |
| 58. -Energy Sector SPDR Turst Shares | A | Dividend | | | Buy | 01/20/11 | J | | |
| 59. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 60. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 61. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 62. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 63. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 64. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 65. | | | | | Sold | 08/08/11 | K | | |
| 66. -FT Templeton Global Bd Fd Cl A (TPINX0 | C | Dividend | K | T | Buy | 01/20/11 | K | | |
| 67. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 68. | | | | | Buy (add'l) | 03/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | Buy (add'l) | 03/10/11 | J | | |
| 70. | | | | | | Buy (add'l) | 04/05/11 | J | | |
| 71. | | | | | | Buy (add'l) | 05/04/11 | J | | |
| 72. | | | | | | Buy (add'l) | 07/07/11 | J | | |
| 73. | -Invesco Balanced-Risk Allocation FD A (ABRZX) | | None | L | T | Buy | 12/01/11 | L | | |
| 74. | -Invesco Floating Rate Fund Class A (AFRAX) | C | Dividend | K | T | Buy | 01/20/11 | J | | |
| 75. | | | | | | Buy (add'l) | 02/23/11 | J | | |
| 76. | | | | | | Buy (add'l) | 03/01/11 | J | | |
| 77. | | | | | | Buy (add'l) | 03/10/11 | J | | |
| 78. | | | | | | Buy (add'l) | 04/05/11 | J | | |
| 79. | | | | | | Buy (add'l) | 05/04/11 | J | | |
| 80. | | | | | | Buy (add'l) | 07/07/11 | J | | |
| 81. | | | | | | Sold (part) | 12/01/11 | J | | |
| 82. | -IShares Barclays Tips Bond Fund (TIP) | B | Dividend | K | T | Buy | 01/20/11 | J | | |
| 83. | | | | | | Buy (add'l) | 02/23/11 | J | | |
| 84. | | | | | | Buy (add'l) | 03/01/11 | J | | |
| 85. | | | | | | Buy (add'l) | 03/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 87. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 88. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 89.   -IShares IBoxx $ Invt Gra De Corp Bond Fund (LQD) | A | Dividend | K | T | Buy | 01/20/11 | J | | |
| 90. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 91. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 92. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 93. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 94. | | | | | Sold (part) | 12/01/11 | J | A | |
| 95.   -IShares Trust Russell 2000 Value Index Fd | A | Dividend | | | Buy | 01/20/11 | K | | |
| 96. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 97. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 98. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 99. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 100. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 101. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 102. | | | | | Sold | 08/08/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -IShares Trsut S&P US PFD Stock Index Fund | A | Dividend | | | Buy | 01/20/11 | J | | |
| 104. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 105. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 106. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 107. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 108. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 109. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 110. | | | | | Sold | 08/08/11 | K | | |
| 111. -Powershares DB Commodity Index Tracking Fund (DBC) | | None | | | Buy | 01/20/11 | K | | |
| 112. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 113. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 114. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 115. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 116. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 117. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 118. | | | | | Sold | 10/19/11 | K | | |
| 119. -Powershares QQQ Trust ETF Ser 1 (QQQ) | A | Dividend | | | Buy | 01/20/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 121. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 122. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 123. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 124. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 125. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 126. | | | | | Sold | 08/08/11 | K | | |
| 127.  -SPDR Gold Trust (GLD) | | None | K | T | Buy | 01/20/11 | K | | |
| 128. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 129. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 130. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 131. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 132. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 133. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 134. | | | | | Sold (part) | 08/24/11 | K | D | |
| 135.  -SPDR Serv Trust Barclays Capital High Yield ETF (JNK) | A | Dividend | | | Buy | 01/20/11 | J | | |
| 136. | | | | | Buy (add'l) | 02/23/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 138. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 139. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 140. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 141. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 142. | | | | | Sold | 08/08/11 | K | | |
| 143. -SPDR S&P Dividend ETF (SDY) | A | Dividend | L | T | Buy | 12/01/11 | L | | |
| 144. -Utilities Sector SPDR Trust SHS (XLU) | A | Dividend | K | T | Buy | 01/20/11 | J | | |
| 145. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 146. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 147. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 148. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 149. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 150. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 151. | | | | | Sold (part) | 08/15/11 | K | | |
| 152. | | | | | Buy | 12/01/11 | K | | |
| 153. -Vanguard Bd Index Fd Inc Total Bond Mkt Etf (BND) | B | Dividend | K | T | Buy | 01/20/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 155. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 156. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 157. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 158. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 159. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 160. | | | | | Sold (part) | 12/01/11 | J | A | |
| 161. -Vanguard Intl Eqty Ind Fd FSTE AllWrld ExUS Ind ETF (VEU) | None | | | | Buy | 01/20/11 | K | | |
| 162. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 163. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 164. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 165. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 166. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 167. | | | | | Buy (add'l) | 07/07/11 | K | | |
| 168. | | | | | Sold | 08/15/11 | L | | |
| 169. -Vanguard MSCI Emerging Markets ETF (VWO) | None | | | | Buy | 01/20/11 | K | | |
| 170. | | | | | Buy (add'l) | 02/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 172. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 173. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 174. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 175. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 176. | | | | | Sold | 08/15/11 | K | | |
| 177.  -Vanguard Reit ETF (VNQ) | A | Dividend | | | Buy | 01/20/11 | J | | |
| 178. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 179. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 180. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 181. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 182. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 183. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 184. | | | | | Sold | 08/08/11 | K | | |
| 185.  -Vanguard Total Stock Mkt ETF (VTI) | A | Dividend | | | Buy | 01/20/11 | L | | |
| 186. | | | | | Buy (add'l) | 02/23/11 | K | | |
| 187. | | | | | Buy (add'l) | 03/01/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 03/10/11 | K | | |
| 189. | | | | | Buy (add'l) | 04/05/11 | K | | |
| 190. | | | | | Buy (add'l) | 05/04/11 | K | | |
| 191. | | | | | Buy (add'l) | 07/07/11 | K | | |
| 192. | | | | | Sold | 08/15/11 | M | | |
| 193. -Virtus Preemium Alpha Sector Fund A (VAPAX) | A | Dividend | M | T | Buy | 12/01/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/2/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 4 -- Rental Property, Tulsa, OK, ░░░░░ ░░░░░░░░░ and therefore not previously reported

Part VII, Lines 5, 17, 19, 21, and 24 -- The IRA and Brokerage Accounts have retained the same heading numbers as in the 2010 report. IRA and Brokerage Account headers that were listed in 2010 but not in this report were closed in 2010.

Part VII, Lines, 27, 29, 32, 35, and 43 -- These IRA and Brokerage Accounts were opened in 2011 and the headers have been assigned the next sequential number.

Part VII, Lines 23 and 33 -- Assets reported on these lines are the same asset but it was transferred from one Brokerage Account to another.

Part VII, Lines 26 and 37 -- Assets reported on these lines are the same asset but it was transferred from one Brokerage Account to another.

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/2/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHANIE K. SEYMOUR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544